1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7

UNITED STATES OF AMERCIA,

8          Plaintiff,

9          v.

10   HIPOLITO BARRIENTOS-ARIZA,

11          Defendant.

12

NO.  CR-06-6002-RHW

**ORDER GRANTING MOTION
TO DISMISS**

13         Before the Court is Defendant's Motion to Dismiss (Ct. Rec. 19).  Although
14   a hearing is set to take place on February 27, 2006, the Government concurs with
15   Defendant's motion without admitting the allegations contained therewith (Ct. Rec.
16   23).  Defendant states and the Court concurs that his 2005 deportation proceedings
17   did not comport with due process in that he was not advised of potential grounds
18   for relief.  *See United States v. Ortiz-Lopez*, 385 F.3d 1202, 1203-05 (9th Cir.
19   2004); *United States v. Arrieta*, 224 F.3d 1076, 1079 (9th Cir. 2000).  Given this
20   flaw, the present indictment must be dismissed.  The Government's concurrence
21   with Defendant's motion renders oral argument unnecessary.

22         Accordingly, **IT IS HEREBY ORDERED**:

23         1.  Defendant's Motion to Dismiss (Ct. Rec. 19) is **GRANTED**.  The
24   indictment in this case is dismissed with prejudice.

25         2.  The motion hearing set for February 27, 2006, at 10:00 a.m., in Richland,
26   Washington, is **stricken**.

27   ///

28         **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

ORDER GRANTING MOTION TO DISMISS * 1

Order, forward copies to counsel and the United States Marshal's Office, and **close the file**.

      **DATED** this 14th day of February, 2006.

s/ Robert H. Whaley

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2006\Barrientos-Ariza\grant.dismiss.ord.wpd

ORDER GRANTING MOTION TO DISMISS * 2